UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

Unitas Containers Limited

    Plaintiff

vs.

Oilnet Limited

    Defendant
_____/

## COMPLAINT

Plaintiff, Unitas Containers Limited, sues Defendant, Oilnet Limited, and alleges:

### Jurisdiction and Venue

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and within the meaning of Fed. R. Civ. P. 9(h).

2. Venue is proper in this Court because Oilnet's principal officers and operations are within this District.

### The Parties

3. Plaintiff, Unitas Containers Limited, is the agent for the successor in interest as lessor of certain marine intermodal tank containers (hereinafter referred to as "Tank Containers") leased by Oilnet Limited from Bond International on September 13, 2006.

4. Tank containers are self-contained steel tanks, capable of being loaded aboard ocean going vessels in the same manner as standard ocean containers, which are designed to be filled with liquids such as gasoline and similar products.

5. The Tank Containers have been used and by information and belief continue to be used in international ocean commerce.

6. Defendant, Oilnet Limited, is a Bahamas corporation that is not registered to do business in Florida but nevertheless is doing business at 3495 Main Highway, Suite 3169, Miami, Florida 33133.

7. On August 24, 2007, Unitas Services Limited assigned all of its rights under the leases to Conrendit 8 GmbH and Conrendit 8 GmbH appointed Unitas Containers Limited ("Unitas") as its agent in regard to the leased containers.  According to the assignment, Unitas is designated to receive all lease payments for the Tank Containers and therefore is the proper plaintiff herein.

8. Unitas continued to lease Tank Containers to Oilnet, however, Oilnet failed or refused to pay to Unitas both the lease payments due for the use of those containers, and in addition, for the value of the tank containers which Oilnet has failed, despite repeated demand, to return to Unitas, these being the Tank Containers designated as follows:  BONU 924518/2, BONU 924521/7, BONU 924528/5, BONU 824009/9, and BONU 824010/2.  Further, Unitas has expended significant amounts to recovery the remaining tank containers formerly leased to Oilnet, which Oilnet used but failed to pay lease amounts to use; such recovery amounts are due to Unitas from Oilnet, according to the express terms of the Unitas-Oilnet leases.

9. Oilnet owns and/or is a lessee of tank containers and imports and exports those tank containers, including the Tank Containers, from and then to this District, to Bahamas, Grand Turk, and other Caribbean locations, after loading in this District the tank containers with gasoline and other petroleum products.

**Count I - Breach of Maritime Contract against Oilnet Limited, *In Personam***

10. Unitas re-alleges paragraphs 1 through 9 of the Complaint as if fully set forth herein.

11. Oilnet has breached its lease contracts for use of the Tank Containers by not making lease payments; failing to return all of the Tank Containers or failing to reimburse Unitas for the value of the missing Tank Containers; and for the cost of recovering Tank Containers.

12. Oilnet's breach of the lease contracts for the Tank Containers has directly and proximately caused damages to Unitas and its principals.

**DEMAND FOR JUDGMENT**

WHEREFORE, Unitas respectfully demands judgment and requests as follows:

(A) That this Court issue judgment against Oilnet for at least Two-Hundred Fifty Thousand Dollars ($250,000.00), plus prejudgment interest, costs and attorneys fees; and,

(B) That this Court award Unitas such other and further relief as it deems proper.

STROUP & MARTIN, P.A.
*Attorneys for Plaintiff*
119 Southeast 12th Street
Fort Lauderdale, Florida 33316-1813
(954) 462-8808; Fax (954) 462-0278
Email: fmartin@strouplaw.com

BY:  s/ Farris J. Martin, III
       FARRIS J. MARTIN, III
       Florida Bar No. 0879916

OF COUNSEL:
J. Stephen Simms
J. Thomas Ward
Marios J. Monopolis
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795;  Fax: (410) 510-1789